UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TYLER FOERSTNER,<br><br>Defendant. | NO: 2:12-CV-67-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br>Adv. Proc. No. 11-80110-PCW11<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION RE PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT TYLER FOERSTNER |

Before the Court is the Bankruptcy Court's Report and Recommendation regarding Plaintiff's Amended Motion for Partial Summary Judgment. ECF No. 54. The Court has reviewed the Report and Recommendation and all relevant filings. The Court is fully informed.

ORDER ADOPTING REPORT AND RECOMMENDATION RE PARTIAL
SUMMARY JUDGMENT AGAINST DEFENDANT TYLER FOERSTNER ~ 1

1  On July 26, 2013, Plaintiff filed and served its Amended Motion for Partial

2  Summary Judgment.  Bankr. Adv. Proc. No. 11-80110, ECF No. 71.  Plaintiff's

3  motion seeks to establish the amounts that Defendant invested in the debtor and

4  that Defendant received from the debtor.  Defendant did not respond to the motion

5  or attend the hearing on the motion.

6  Defendant has not objected in this Court to the Bankruptcy Court's Report

7  and Recommendation, which advises the Court to grant Plaintiff's Amended

8  Motion for Partial Summary Judgment.

9  The Court finds good cause to adopt the Report and Recommendation of the

10  Bankruptcy Court.  Accordingly, **IT IS HEREBY ORDERED** that the Report and

11  Recommendation, **ECF No. 54**, is **ADOPTED**.

12  **IT IS SO ORDERED**.

13  The District Court Clerk is directed to enter this Order and provide copies to

14  counsel and to pro se Defendant.

15  **DATED** this 18th day of February 2014.

16

17  *s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
18  Chief United States District Court Judge

19

20

ORDER ADOPTING REPORT AND RECOMMENDATION RE PARTIAL
SUMMARY JUDGMENT AGAINST DEFENDANT TYLER FOERSTNER ~ 2